## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

REINA CAMACHO,

                          Plaintiff,                        21 **CIVIL** 5811 (JW)

       -against-                                **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Order dated September 29, 2022, Plaintiff's motion (Dkt. No. 24) is GRANTED, and the Commissioner's motion (Dkt. No. 27) is DENIED; accordingly, this case is closed.

**Dated:**  New York, New York
            September 30, 2022

                                                               **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                          **BY:**

                                                                      **Deputy Clerk**